IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MERCK SHARP & DOHME B.V.,

Plaintiff,

v.

Civil Action No. 15-806-GMS

DR. REDDY'S LABORATORIES, S.A. and
DR. REDDY'S LABORATORIES INC.,

Defendants.

## JUDGMENT

For the reasons provided in the Court's November 28, 2016 Order (D.I. 42), IT IS HEREBY **ORDERED** and **ADJUDGED** that Judgment is hereby entered against Merck Sharpe & Dohme BV ("Merck") and in favor of Defendants Dr. Reddy's Laboratories, S.A. and Dr. Reddy's Laboratories Inc. (collectively "DRL") on Merck's claims for infringement of U.S. Patent No. 5,989,581 ("the '581 patent"); and

FURTHERMORE, DRL's counterclaims for a declaratory judgment of non-infringement and invalidity of the '581 patent are moot, and are hereby dismissed without prejudice.

Dated: Dec. 20, 2016

The Honorable Kent A. Jordan
United States Circuit Judge
Sitting by designation