NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MERCK SHARP & DOHME B.V.,**
*Plaintiff-Appellant*

v.

**DR. REDDY'S LABORATORIES, S.A., DR. REDDY'S LABORATORIES INC.,**
*Defendants-Appellees*
_____

2017-1490
_____

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-00806-KAJ, Circuit Judge Kent A. Jordan.
_____

**ON MOTION**
_____

Before NEWMAN, DYK, and WALLACH, *Circuit Judges*.

NEWMAN, *Circuit Judge*.

**O R D E R**

Merck Sharp & Dohme B.V. moves unopposed for the court to vacate the underlying judgment and to remand to the United States District Court for the District of Delaware for additional proceedings.

Merck appeals from the district court's final judgment that the patent-in-suit is invalid. The district court applied collateral estoppel based on an adverse judgment against Merck in a different case involving the same patent. That other case was the subject of Appeal No. 2016-2583, in which this court recently reversed the findings of invalidity and remanded for further proceedings. Merck now seeks the same outcome in this case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The stay is lifted.

(2) The motion is granted. The judgment is vacated, and the case is remanded to the district court for further proceedings.

(3) Each side shall bear its own costs.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31

ISSUED AS A MANDATE: November 22, 2017