IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK SHARP & DOHME B.V., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-806 (GMS) |
| | ) |
| DR. REDDY'S LABORATORIES, S.A. and | ) |
| DR. REDDY'S LABORATORIES, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION

WHEREAS, the United States Court of Appeals for the Federal Circuit rendered its opinion in the appeal captioned *Merck Sharp & Dohme B.V. v. Warner Chilcott Co., et al.*, No. 16-2583 (D.I. 67-2), finding claims 4 and 11 of U.S. Patent 5,989,581 not invalid ("the Warner Chilcott Opinion");

WHEREAS the United States Court of Appeals for the Federal Circuit in the appeal captioned *Merck Sharp & Dohme B.V. v. Dr. Reddy's Laboratories, S.A., et al.*, No. 17-1490 (D.I. 37), lifted the stay of the appeal, vacated the judgment, and remanded the case to this Court for further proceedings;

WHEREAS the timing of the remand and the April 8, 2018 expiration of U.S. Patent No. 5,989,581 (the "Asserted Patent") has rendered it infeasible for the parties to obtain an final judgment prior to expiration of the Asserted Patent;

WHEREAS Defendants Dr. Reddy's Laboratories, S.A. and Dr. Reddy's Laboratories, Inc. (collectively "DRL") agrees to be enjoined from the commercial manufacture, use, sale, offer for sale within the United States or importation into the United States of a product under ANDA No. 207577 prior to the date of expiration of the Asserted Patent;

- 2 -

WHEREAS, in view of this agreement, the parties agree to dismissal of this action.

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that the attached Order and Injunction may appropriately be entered by the Court.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Mary B. Graham* | */s/ Robert M. Vrana* |
| Mary B. Graham (#2256) | Robert M. Vrana (#5666) |
| Stephen J. Kraftschik (#5623) | 1000 North King Street |
| Anthony D. Raucci (#5948) | Wilmington, DE 19801 |
| 1201 N. Market Street | (302) 571-6681 |
| P.O. Box 1347 | rvrana@ycst.com |
| Wilmington, DE 19899-1347 | *Attorneys for Dr. Reddy's Laboratories, S.A.* |
| (302) 658-9200 | *and Dr. Reddy's Laboratories, Inc.* |
| mgraham@mnat.com | |
| skraftschik@mnat.com | |
| araucci@mnat.com | |
| *Attorneys for Merck Sharp & Dohme B.V.* | |

December 20, 2017
11531664

    SO ORDERED this ___ day of _____, 2017.

                                UNITED STATES DISTRICT JUDGE